UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HILDA M. CASTANEDO ESCALON, § <br> AS PERSONAL REPRESENTATIVE § <br> OF THE ESTATE OF HILDA CASTANEDO § <br> AND THE ESTATE OF EMMA DIAZ, § <br> § <br> *Plaintiffs,* § <br> § <br> § <br> v. § <br> § <br> TRAFIGURA TRADING, LLC, § <br> TRAFIGURA PTE LTD, and § <br> TRAFIGURA GROUP PTE LTD, § <br> § <br> *Defendants.* § | Civil Action No. 4:21-cv-659 <br><br> JURY TRIAL DEMANDED |

## PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES

Pursuant to the Court's Order issued on March 2, 2021, Dkt. No. 5, Plaintiffs hereby certify that, to their knowledge, the following are persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

1. Plaintiff Hilda M. Castanedo Escalon

2. Plaintiff Estate of Hilda Castanedo

3. Plaintiff Estate of Emma Diaz

4. Defendant Trafigura Trading, LLC

5. Defendant Trafigura Pte Ltd.

6. Defendant Trafigura Group Pte Ltd.

7. Other members of the Trafigura Mining Group may have a financial interest in the outcome of this litigation.

Plaintiffs reserve the right to supplement this list if additional interested parties are identified.

Dated: March 8, 2021

Respectfully submitted,

**STEPTOE & JOHNSON, LLP**

By: /s/ *Jared R. Butcher*

Jared R. Butcher
DC Bar No. 986287
SD ID No. 3634996
1330 Connecticut Ave NW
Washington, DC 20036
Telephone: 202-429-3000
Facsimile: 202-429-3902
jbutcher@steptoe.com

*Counsel for Plaintiffs*