IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HILDA M. CASTANEDO ESCALON, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF HILDA CASTANEDO AND THE ESTATE OF EMMA DIAZ, | § § § § | |
| *Plaintiffs*, | § § | Civil Action No. 21-cv-659 |
| v. | § § | |
| TRAFIGURA TRADING, LLC, TRAFIGURA PTE LTD, and TRAFIGURA GROUP PTE LTD, | § § § § | |
| *Defendants*. | § | |

**DEFENDANTS TRAFIGURA TRADING LLC's,
TRAFIGURA PTE LTD.'s AND TRAFIGURA GROUP PTE LTD.'s
CERTIFICATE OF INTERESTED PARTIES**

Defendants, Trafigura Trading, LLC ("TTL"), Trafigura PTE Ltd. ("TPTE") and Trafigura Group PTE Ltd. ("TGPL"), pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and the Court's Order for Conference and Disclosure of Interested Parties dated March 2, 2021, submits the following:

Defendants certify that the following persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities have an interest in the outcome of this lawsuit:

1. Plaintiff, Hilda M. Castanedo Escalon, as Personal Representative of the Estate of Hilda Castanedo and the Estate of Emma Diaz, an individual, and her counsel Jared R. Butcher, CrossCastle P.A., 1701 Pennsylvania Avenue Northwest, Suite 200, Washington, D.C. 20006.

2. Defendant TTL, a Delaware limited liability company, which is directly owned by Trafigura U.S., Inc. ("TUSI")[1], and is ultimately owned indirectly by TGPL, a Singapore company; and TTL's undersigned counsel.

3. Defendant TPTE, a Singapore company, which is ultimately owned indirectly by TGPL; and its undersigned counsel.

4. Defendant TGPL, a Singapore company, which is the reference parent company and consolidating entity for the Trafigura "Group" of companies, of which TTL and TPTE are each a part; and its undersigned counsel.

5. The Trafigura Group of companies operates within a private company structure and as an employee-owned company. The Trafigura Group of companies is exclusively owned by its management and key senior employees.

6. None of the entities identified above is publically traded.

Dated this 1st day of June, 2021

Respectfully submitted,

/s/ Yasser A. Madriz
Yasser A. Madriz
ymadriz@mcguirewoods.com
Fed ID No. 39080
Texas Bar No. 24037015
**MCGUIREWOODS LLP**
600 Travis Street
Suite 7500
Houston, TX 77002
T: +1 832 255 6361
F: +1 832 214 9931

---

[1] TUSI is the highest level Trafigura entity in the United States.

Alex J. Brackett*
abrackett@mcguirewoods.com
Jeremy S. Byrum*
jbyrum@mcguirewoods.com
**MCGUIREWOODS LLP**
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
T: +1 804 775 4749
F: +1 804 698 2089
*admitted pro hac vice*

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

    I, Yasser A. Madriz, do hereby certify that on this 1st day of June, 2021, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification to the registered attorney(s) of record.

                                       */s/ Yasser A. Madriz*
                                       Yasser A. Madriz