United States District Court
Southern District of Texas
**ENTERED**
March 29, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HILDA M CASTANEDO ESCALON, *et al.*, | § § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:21-CV-00659 |
| TRAFIGURA TRADING LLC, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

Before the Court are Plaintiffs' Motion to Reconsider (the "Motion") (Doc. #51), Defendants' Response (Doc. #52), and Plaintiffs' Reply (Doc. #53). Having considered the parties' arguments and the applicable legal authority, the Court denies the Motion.

The legal reasoning articulated by the Court in its March 15, 2022 Order, which contemplated the parties' arguments and applicable legal authority, remains valid despite the parties' additional briefing surrounding the Motion. *See* Doc. #49. Accordingly, the Motion is hereby DENIED.

It is so ORDERED.

MAR 29 2023
Date

The Honorable Alfred H. Bennett
United States District Judge