**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Hilda M Castanedo Escalon, et al.

*versus*                                                        Case Number: 4:21–cv–00659

Trafigura Trading LLC, et al.

# NOTICE OF NON–COMPLIANCE

The appellant (or counsel for the appellant, if represented) has failed to:

- Submit the DKT13 transcript order form.

Date: May 11, 2023.

Nathan Ochsner, Clerk